# UNITED STATES BANKRUPTCY COURT

Central   DISTRICT OF   California

Los Angeles Division

In Re. Abrams Artists Agency                                       Case No.  24-11385

§
§
§
§

_____ Debtor(s)

☐ Jointly Administered

## Monthly Operating Report                                       Chapter 11

Reporting Period Ended: 02/28/2025                    Petition Date: 02/25/2024

Months Pending: 12                                    Industry Classification: | 7 | 1 | 1 | 4 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                               0

Debtor's Full-Time Employees (as of date of order for relief):        17

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Todd Quinn
Signature of Responsible Party

03/23/2025
Date

Todd Quinn
Printed Name of Responsible Party

750 N San Vicente Blvd, Los Angeles, CA 90069
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                          1

Debtor's Name Abrams Artists Agency                                                    Case No. 24-11385

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-19,970 | |
| b. Total receipts (net of transfers between accounts) | $0 | $159,277 |
| c. Total disbursements (net of transfers between accounts) | $0 | $539,249 |
| d. Cash balance end of month (a+b-c) | $-19,970 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $539,249 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $-19,970 |
| e. Total assets | $2,134,234 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $1,151,535 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $2,134,234 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $-212,475 |

UST Form 11-MOR (12/01/2021) - Mac                          2

Debtor's Name  Abrams Artists Agency                                                    Case No.  24-11385

| Part 5: | Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Abrams Artists Agency                                    Case No.  24-11385

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    4

Debtor's Name  Abrams Artists Agency                                    Case No.  24-11385

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Abrams Artists Agency                                Case No. 24-11385

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    6

Debtor's Name  Abrams Artists Agency                                    Case No.  24-11385

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Abrams Artists Agency                                       Case No.  24-11385

| | | | | | | |
|---|---|---|---|---|---|---|
| xcix | | | | | | |
| c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $349,975 |
| d. Postpetition employer payroll taxes paid | $0 | $349,975 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $18,955 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $18,955 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ⦿

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ⦿

c.   Were any payments made to or on behalf of insiders?    Yes ○   No ⦿

d.   Are you current on postpetition tax return filings?    Yes ⦿   No ○

e.   Are you current on postpetition estimated tax payments?    Yes ⦿   No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ⦿   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ⦿

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ⦿   No ○   N/A ○

i.   Do you have:        Worker's compensation insurance?    Yes ⦿   No ○

             If yes, are your premiums current?    Yes ⦿   No ○   N/A ○   (if no, see Instructions)

        Casualty/property insurance?    Yes ⦿   No ○

             If yes, are your premiums current?    Yes ⦿   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?    Yes ⦿   No ○

             If yes, are your premiums current?    Yes ⦿   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ⦿   No ○

k.   Has a disclosure statement been filed with the court?    Yes ⦿   No ○

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿   No ○

| Debtor's Name | Abrams Artists Agency | Case No. | 24-11385 |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| Todd Quinn | Todd Quinn |
| Signature of Responsible Party | Printed Name of Responsible Party |
| COO | 03/23/2025 |
| Title | Date |

Debtor's Name  Abrams Artists Agency                                                     Case No.  24-11385



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Abrams Artists Agency                                      Case No.  24-11385



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Abrams Artists Agency                                    Case No.  24-11385


PageThree


PageFour

Abrams Artists Agency, LLC (NY)

# AAA ABC Acquisition, LLC
## Balance Sheet
Month Ending 02/28/2025

**Assets**

| | |
|---|---:|
| Current Assets | |
| Cash and Cash Equivalents | |
| CHASE-Op NY 6108 | (19,969.84) |
| Total Cash and Cash Equivalents | (19,969.84) |
| Total Current Assets | (19,969.84) |
| | |
| Fixed Assets, Net | |
| Fixed Assets | |
| Leasehold Improvements | 1,913,877.33 |
| Furniture & Fixtures | 695,915.37 |
| Computer Equipment/Software | 466,574.50 |
| Total Fixed Assets | 3,076,367.20 |
| Accumulated Depreciation | |
| A/D - Leasehold Improvements | 486,098.20 |
| A/D - Furniture & Fixtures | 406,440.15 |
| A/D - Computer Equipment/Software | 361,875.75 |
| Total Accumulated Depreciation | 1,254,414.10 |
| Total Fixed Assets, Net | 1,821,953.10 |
| | |
| Other Assets | |
| Deposits and Prepayments | |
| Deposits | 332,251.25 |
| Total Deposits and Prepayments | 332,251.25 |
| Total Other Assets | 332,251.25 |
| Intercompany | 4,679,484.82 |
| | |
| **Total Assets** | **$ 6,813,719.33** |

**Liabilities and Equity**

| | |
|---|---:|
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 1,151,534.83 |
| Total Accounts Payable | 1,151,534.83 |
| Accrued Liabilities | |
| Deferred Rents | (87,224.58) |
| Accrued Vacation | 4,082.91 |
| Other Accrued Expenses | 58,304.74 |
| Total Accrued Liabilities | (24,836.93) |
| Total Current Liabilities | 1,126,697.90 |
| | |
| Members' Equity | |
| Members' Equity | |
| Members' Capital | 350,000.00 |
| Retained Earnings | 5,337,021.43 |
| Total Members' Equity | 5,687,021.43 |
| Total Members' Equity | 5,687,021.43 |
| | |
| **Total Liabilities and Equity** | **$ 6,813,719.33** |

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025

**Account Number:**                    6108

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00010034 WBS 703 211  06025 NNNNNNNNNNN  1 000000000 61 0000
ABRAMS ARTISTS AGENCY
DEBTOR IN POSSESSION
350 5TH AVE
FL 38
NEW YORK NY 10118-3800

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $16,102.35 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$16,102.35** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# AAA ABC Acquisition, LLC
# Reconciliation report
### As of 02/28/2025
### Account: CHASE-Op NY 6108

| | |
|---|---:|
| **Statement ending balance** | 16,102.35 |
| **Deposits in transit** | 0.00 |
| **Outstanding checks and charges** | (36,072.19) |
| **Adjusted bank balance** | (19,969.84) |
| | |
| **Book balance** | (19,969.84) |
| **Adjustments*** | 0.00 |
| **Adjusted book balance** | (19,969.84) |

| Total Checks and charges Cleared | 0.00 | Total Deposits Cleared | 0.00 |
|---|---|---|---|

# Deposits

| Name | Memo | Date | Doc no. | Cleared | In transit |
|---|---|---|---|---:|---:|
| Total Deposits | | | | 0.00 | 0.00 |

# Checks and charges

| Name | Memo | Date | Check no. | Cleared | Outstanding |
|---|---|---|---|---|---:|
| General Ledger entry | Uncleared Check #62808, Harry Abrams, 12.18.2017 | 11/30/2022 | 62808 | | 2,354.65 |
| General Ledger entry | Uncleared Check #62809, Naomi Ramirez, 12.18.17 | 11/30/2022 | 62809 | | 855.56 |
| General Ledger entry | Uncleared Check #62810, Flora Roberts, 12.18.17 | 11/30/2022 | 62810 | | 1,080.00 |
| General Ledger entry | Uncleared Check #62864, Flora Roberts, 1.30.18 | 11/30/2022 | 62864 | | 878.00 |
| General Ledger entry | Uncleared Check #62868, Pitney Bowes/ Purchase Power, 01.30.18 | 11/30/2022 | 62868 | | 32.00 |
| General Ledger entry | Uncleared Check #62901, Kasey Lee, 02.14.2018 | 11/30/2022 | 62901 | | 75.00 |
| General Ledger entry | Uncleared Check #63059, Johnny Roads LLC, 04.11.18 | 11/30/2022 | 63059 | | 139.34 |
| General Ledger entry | Uncleared Check #63420, Exp-Re-imb-Alexandra, 09.17.18 | 11/30/2022 | 63420 | | 10.17 |
| General Ledger entry | Uncleared Check #63459, Bonnie Shumof-sky, 10.15.18 | 11/30/2022 | 63459 | | 792.11 |
| General Ledger entry | Uncleared Check #63483, Bonnie Shumof-sky, 10.15.18 | 11/30/2022 | 63483 | | 9,429.02 |
| General Ledger entry | Uncleared Check #63484, Bonnie Shumof-sky, 10.15.18 | 11/30/2022 | 63484 | | 15,246.03 |
| General Ledger entry | Uncleared Check #63587, Tiffany Butter-field, 12.11.2018 | 11/30/2022 | 63587 | | 33.28 |
| General Ledger entry | Uncleared Check #63593, Darren Portilla, 12.11.18 | 11/30/2022 | 63593 | | 18.82 |
| General Ledger entry | Uncleared Check #63786, Exp-Re-imb-Tracey, 12.14.18 | 11/30/2022 | 63786 | | 359.81 |
| General Ledger entry | Uncleared Check #64463, Exp-Re-imb-Lucy Po, 12.18.19 | 11/30/2022 | 64463 | | 162.29 |

# AAA ABC Acquisition, LLC
# Reconciliation report
### As of 02/28/2025
### Account: CHASE-Op NY 6108

| General Ledger entry | Uncleared Check #64503, Marie Jankowski, 03.13.2020 | 11/30/2022 | 64503 | | 30.15 |
|---|---|---|---|---|---|
| General Ledger entry | Uncleared Check #64505, Nick Goswami, 03.13.2020 | 11/30/2022 | 64505 | | 11.60 |
| General Ledger entry | Uncleared Check #64505,Zachary Sher-man, 03.13.2020 | 11/30/2022 | 64509 | | 29.22 |
| Neal Altman | https://app01.us.bill.com/ Sent-Pay?id=stp01ZCGKKFK TH50fw9e | 04/16/2024 | | | 4,535.14 |
| **Total Checks and charges** | | | | **0.00** | **36,072.19** |